**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1333**

_____

In re: ROBERTO ANTOINE DARDEN, a/k/a Dizz-e, a/k/a Javon,

        Petitioner.

_____

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Virginia, at Newport News.  (4:11-cr-00052-AWA-LRL-1)

_____

Submitted:  August 12, 2024                    Decided:  September 17, 2024

_____

Before RICHARDSON and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

Roberto Antoine Darden, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roberto Antoine Darden petitions for a writ of mandamus, alleging that the district court has unduly delayed in acting on postjudgment motions filed in his criminal case between February and December of 2023. Darden seeks an order from this court directing the district court to act.

Our review of the district court's docket reveals that the district court denied relief on the pending motions by order entered on June 26, 2024. *See United States v. Darden*, No. 4:11-cr-00052-AWA-LRL-1 (E.D. Va., PACER No. 273). Because the district court has recently decided the subject motions, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2